**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SCOTT POOL,<br><br>           Plaintiff,<br><br>vs.<br><br>THE LILLY SEVERANCE PAY PLAN;<br>ELI LILLY AND COMPANY,<br><br>           Defendants. | CASE NO. 23-CV-631<br><br>JUDGE MAGNUS-STINSON |

**DEFENDANTS' MOTION TO STRIKE JURY DEMAND**

      Pursuant to Federal Rule of Civil Procedure 39(a)(2), Defendants Eli Lilly and Company and the Lilly Severance Pay Plan (collectively "Lilly"), respectfully move to strike Plaintiff Scott Pool's demand for a jury trial for the reasons set forth in the contemporaneously filed Brief in Support of Defendants' Motion to Strike Jury Demand.

      WHEREFORE, Lilly respectfully asks that the Court grant its motion to strike Plaintiff's demand for a trial by jury.

Dated: June 6, 2023

                                                                                          Respectfully submitted,

                                                                                      By: */s/ Joseph J. Torres*
                                                                                           Joseph J. Torres
                                                                                           Alexis E. Bates
                                                                                           Jenner & Block LLP
                                                                                           353 N. Clark Street
                                                                                           Chicago, IL 60654-3456
                                                                                           Telephone:  (312) 840-8685
                                                                                           Facsimile:  (312) 923-2780
                                                                                           jtorres@jenner.com
                                                                                           abates@jenner.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SCOTT POOL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE LILLY SEVERANCE PAY PLAN;<br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendants. | CASE NO. 23-CV-631<br><br>JUDGE MAGNUS-STINSON |

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendants, hereby certifies that on June 6, 2023, he has electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically notify and serve all counsel of record.

　　　　　　　　　　　　　　　　THE LILLY SEVERANCE PAY PLAN;
　　　　　　　　　　　　　　　　ELI LILLY AND COMPANY

　　　　　　　　　　　　　　　　By:　　*/s/ Joseph J. Torres*
　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Joseph J. Torres
Alexis E. Bates
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 840-8685
Facsimile: (312) 923-2780
jtorres@jenner.com
abates@jenner.com